STATE OF HAWAII *v.* ANNIE LEE PREVO.

No. 4190.

APRIL 6, 1961.

TSUKIYAMA, C. J., CASSIDY, WIRTZ, LEWIS, JJ.,
AND CIRCUIT JUDGE CROCKETT
ASSIGNED BY REASON OF VACANCY.

*Per Curiam.* The petition for rehearing and reconsideration in the above-entitled cause is denied without argument.

*Wallace S. Fujiyama* and *Albert W. Evensen* for the petition.